**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00113-CR**
_____

**IKEAL WADE GARDINER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 1A District Court**
**Jasper County, Texas**
**Trial Cause No. 14049JD**

**ORDER**

The clerk's record was filed on April 12, 2022, and the reporter's record was filed on November 14, 2022. On August 10, 2022, William Stephen Shires substituted as retained counsel for appellant Ikeal Wade Gardiner. On December 14, 2022, the Court granted an extension of time to file the brief. On January 17, 2023, we notified the parties that neither the brief nor a motion for an extension of time had been filed, and we warned that unless we received the brief by January 27, 2023,

1

we would order the trial court to conduct a hearing to determine why no brief has been filed. As of this date the brief has not been filed.

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present. *See* Tex. R. App. P. 38.8(b)(3). We direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to the late notice from this Court, and whether good cause exists to determine that retained counsel, William Stephen Shires, has abandoned the appeal. If the trial court determines that counsel has abandoned the appeal, the trial court shall determine whether the appellant is indigent and whether counsel should be appointed for the appeal. *See* Tex. Code Crim. Proc. Ann. art. 26.04(j)(2).

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before March 10, 2023.

ORDER ENTERED February 8, 2023.

PER CURIAM

Before Golemon, C.J., Horton and Wright, JJ.

2